**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Coley QUINN, Defendant–Appellant.**

No. 08–12921
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Jan. 14, 2009.

Coley Quinn, Miami, FL, pro se.

Before ANDERSON, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

This court sua sponte vacates and withdraws its previous opinion in this case. The panel will hold decision in this case in abeyance pending the resolution of *United States v. Davis,* No. 08–12321, which is scheduled for oral argument on February 4, 2009.